## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

RAYMON C. DUPAS (#3579)

VERSUS

FELICIANA FORENSIC FACILITY

CIVIL ACTION

21-472-SDD-EWD

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Erin Wilder-Doomes dated March 17, 2023, to which no *Objection* has been filed.

**ACCORDINGLY**, the Court declines to exercise supplemental jurisdiction over potential state law claims, and Dupas' federal claims are DISMISSED WITH PREJUDICE as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915A, and this this case is CLOSED.

Signed in Baton Rouge, Louisiana, on this 12 day of April, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 13.